No. 88–5612.  JONES v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 88–5620.  PRUETT v. ALASKA.  Ct. App. Alaska.  Certiorari denied.

No. 88–5645.  PANICO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 88–5646.  JOYCE, AKA SCOTT v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 88–5648.  RASCO v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 88–5659.  WARD v. UNITED STATES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–5661.  MCDEVITT v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 88–5662.  BOWIE v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 88–5664.  WILLIAMS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 88–5669.  CALDERON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 88–5676.  HERNANDEZ-GARCIA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 88–5680.  WARE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 88–5683.  JUDGE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 88–5688.  MARTINEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 88–5820.  DAUGHERTY v. FLORIDA ET AL.  Sup. Ct. Fla.  Certiorari denied.